# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 12-1920

———————————————

Cathy Sayles

*Plaintiff - Appellant*

v.

Continental Casualty Company, Formerly doing business as CNA Group Benefits

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: January 23, 2013
Filed: January 31, 2013
[Unpublished]

——————————

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Cathy Sayles appeals the district court's[1] adverse grant of summary judgment in her action under the Employment Retirement Income Security Act. Upon de novo

———————————————

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

review, see Chorosevic v. MetLife Choices, 600 F.3d 934, 941 (8th Cir. 2010), we find no basis for reversal.  The district court is affirmed.  See 8th Cir. R. 47B.

_____